FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 29 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAY SPEARS, Individually and
RICKY COOPER, Individually                                          PLAINTIFFS

v.                          NO. 3:13CV00216 JLH

KENNETH O. WATKINS                                                  DEFENDANTS

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

On this day the parties, plaintiff and defendant, come before the court and announce that the issues in this cause have been settled and this cause should be dismissed with prejudice.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that this cause is dismissed with prejudice.

_____
Honorable J. Leon Holmes,
United States District Court Judge

ENTERED: July 29, 2014.